

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2022

No. 04-22-00227-CV

Kevin **HEADY**,
Appellant

v.

Julieta **HEADY**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 19-06-37527-MCVAJA
Honorable Amado J. Abascal III, Judge Presiding

# O R D E R

On May 25, 2022, after the court reporter filed a notification of late record, we ordered Appellant to provide written proof to this court that the record has been requested and the appropriate fee paid.

On June 3, 2022, Appellant filed a written response. Our May 25, 2022 order is satisfied.

The reporter's record is due on July 5, 2022. *See* TEX. R. APP. P. 35.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court